UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS A. MENENDEZ,

                  Plaintiff,

-against-

COMMISSIONER OF SOCIAL
SECURITY, et al.,

                  Defendant.
------------------------------------------------------------X

JUDGMENT
11-CV- 2130 (BMC)

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 17, 2011, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding Plaintiff's claim for further administrative proceedings, including a new hearing and a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that Plaintiff's claim is remanded for further administrative proceedings, including a new hearing and a new decision.

Dated: Brooklyn, New York
         November 18, 2011

                                                            DOUGLAS C. PALMER
                                                            Clerk of Court