FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 21 2011
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS A. MENENDEZ,

JUDGMENT
11-CV-2130 (BMC)

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL
SECURITY, et al.,

                Defendant.
------------------------------------------------------------X

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 17, 2011, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding Plaintiff's claim for further administrative proceedings, including a new hearing and a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that Plaintiff's claim is remanded for further administrative proceedings, including a new hearing and a new decision.

Dated: Brooklyn, New York
       November 18, 2011

                                                      DOUGLAS C. PALMER
                                                      Clerk of Court